FILED IN CHAMBERS
U.S.D.C. Rome

APR 19 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

UNITED STATES OF AMERICA

v.

JOSE RAMIREZ-MONTOYA,

Defendant.

CRIMINAL ACTION
NO. 4:12-CR-00005-RLV-WEJ

O R D E R

After carefully considering the report and recommendation of the magistrate judge, the court receives it with approval and adopts it as the opinion and order of this court.

SO ORDERED, this 19TH day of April, 2012.

_____
ROBERT L. VINING, JR.
Senior United States District Judge